UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION
IN ADMIRALTY

KENNEDY BOAT WORKS, L.L.C.     PLAINTIFF

VERSUS     CIVIL ACTION NO. 1:25-CV-70-TBM-RPM

RECREATIONAL VESSEL
MATERIALS SCIENCES,
*A Formerly Documented Vessel,*
*Official Number* 548477, et al     DEFENDANTS

## ORDER FOR VESSEL RELEASE AND SECURITY INCREASE

COMES NOW, the Court, in consideration of the agreement reached by the parties on May 2, 2025, on the Motion to Post Security and Obtain Vessel Release and hereby ORDERS the following:

1. The security for the vessel release shall be increased to the agreed amount of $330,000;
2. The Court approves, and the plaintiff accepts, the $310,000 bond [13-2] as substitute security as of this date, pending the filing of the substitute bond for $330,000;
3. The vessel claimant shall provide a new bond upon receipt to the plaintiff and file the same into the record. The vessel claimant shall immediately begin working on obtaining the substitute bond within 14 days of this Order;
4. Each of the parties reserves all rights, claims, and defenses, and none are waived through this agreement;
5. The consent keeper shall be immediately discharged upon the release of the vessel; and
6. The U.S. Marshals are hereby ordered to release the vessel to the claimant.

IT IS THEREFORE ORDERED that the above terms are confirmed and shall be immediately implemented by all parties and relevant authorities.

SO ORDERED, this the 2nd day of May 2025.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE